Steven Robert Johnson©™
Alex Robert Harvey©™ (503) 428-7752
Kathryn Ann Harvey©™ (954) 651-4178
c/o 4545 18th Ave Ne
Keizer, Oregon [RFD 97303]
Non-Domestic, Zip Exempt Without the United States

Pro Se Attorney in Fact for Plaintiffs

FILED 31 MAR '26 10:13 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

DBA Alex Robert Harvey
DBA Kathryn Ann Harvey
DBA Steven Robert Johnson
               Plaintiff

V

ROCKET MORTGAGE LLC
               Defendant

Case No. 6:26-CV-00636-MC

**Affidavit of Complaint for Wrongful Foreclosure**
18 USC§241; 18 USC §112; JCE
(Joint Criminal Enterprise)

## AFFIFAVIT OF COMPLAINT FOR WRONGFUL FORECLOSURE

We, the living men, Steven Robert Johnson©™, Alex Robert Harvey©™ and the living woman, Kathryn Ann Harvey©™, are here to speak about Rocket Mortgage LLC's lack of proper standing, Conspiracy against Rights (18 USC §241) and their violation against protection of foreign officials, official guests, and internationally protected persons [Elizabeth Ann Harvey©™] under 18 USC §112.

While corporations can be granted certain constitutional rights, human rights law generally protects individuals against the state, not against corporations directly. Individuals must typically rely on other laws or state intervention for redress regarding corporate abuse. Corporations are not considered to possess the same complement of rights as humans, and the Constitution guarantees rights for "people" and "citizens," not "corporations." This distinction is crucial: though corporations are legal "persons," they are not granted all the same inalienable rights as natural persons. (*presented in Federal case 6:24-cv-01141-AA Docket 19 page 16: Affidavit of Truth*). For instance, the Constitutional Accountability Center highlights that the U.S. Constitution guarantees rights for "people" and "citizens," never for "corporations," and advocates for holding corporations accountable when they deny individual rights. Article IV section 2 clause 1.6 – corporations and privileges and immunities clause – clarifies that the Privileges and Immunities Clause apply ONLY to NATURAL PERSONS, NOT CORPORATIONS, providing relevant context for corporate rights. (Sources: Constitutional Accountability Center, American Bar Association, Library of Congress, and History.com)

Rocket Mortgage, LLC have blatantly disregarded: Publicly and Internationally – recorded and published – status correction documents, registered mailed twice and digitally submitted as well as through courts. All confirmed receipts:

Pd # 15914

- via USPS green return slip (1) RR741284765US received by Rocket Center FEB 7, 2024 (2) RF248404557US received by Rocket Companies May 6, 2024, (*6:24-cv-01141-AA Docket 1-1 page 9-10; Docket 8-9 page 34-35, Docket 16-2 page 8-9*)
- via email confirmation from Rocket Mortgage Servicing Help Department May 1, 2024, 8:52 am (*6:24-cv-01141-AA Docket 9-6*).
- All facts will be provided with proof from various cases with Rocket Mortgage's involvement. Establishing the fact that Rocket Mortgage LLC had full knowledge before the first case complaint was filed and served.

From Federal case 6:24-cv-01141-AA, removed from State case 24CV25954, the full status correction document package registered mailed to Rocket Mortgage from Steven Robert Johnson©™. Then submitted to the court after violation of rights (*Docket 8-4, 8-5, 8-6*, plaintiff's first filing in Federal after removal and *Docket 16-4, 16-5, 16-6*) for ALL three plaintiffs:

(1) Witness Statement 1, (2) Witness statement 2, (3) Declaration of the Naturalization Act of July 1779, (4) Acknowledgment, Acceptance and Deed of Re-Conveyance, (5) Certificate of Assumed Name – Notice of Transfer of Reserved Names, Certificate of Ownership, (6) Act of Expatriation – first, middle, last name, (7) Act of Expatriation – first, middle initial, last name, (8) Act of Expatriation – first and last name, (9) Cancellation of All Prior Powers of Attorney, (10) Mandatory Notice – Foreign Sovereign Immunities Act (FSIA) Sections 1605 and 1607 NOTICE OF LIABILITY: 18 USC 2333, 18 USC 1341 AND 1342, (11) Paramount Claim of Life and the ESTATE of, (12) Revocation of Election to Pay Taxes letter to Commissioner of the Internal Revenue Service (IRS), (13) Declaration of Political Status, (14) Declaration letter to the U.S. Department of State – U.S. Secretary of State, Blinken, (15) Declaration letter to the U.S. Department of State – U.S. Assistant Secretary of State, Bitter, (16) Combined Municipal and Territorial Notices of Violation(s) and Failure(s) to Perform, (17) Title 50 – Sole Relief and Remedy (18) Confirmation letter to Oregon Attorney General, (19) Notice of Intent – Fee Schedule. **All the above documents were established on May 6, 2023, for all three plaintiffs.**

(20) International Public Notice: Regarding Money and Charges – established May 13, 2024, filed in *6:24-cv-01141-AA, Docket 8-4, 8-5, 8-6 and Docket 16-4, 16-5, 16-6*, (21) Declaration of Provenance and Jurisdiction Notice: established July 22, 2024, filed in *6:24-cv-01141-AA, Docket 22*, (23) Criminal Information, Claim and Notice of Liability – established October 3, 2024 (for Alex and Kathryn Harvey) and November 1, 2024 (for Steven Johnson), filed in *25CV49248, Affidavit of Default Judgement filed 10/22/2025*.

All proving that Rocket Mortgage LLC received the status correction documents before creating state case 24CV25954, within federal case 6:24-cv-01141-AA, then notified again in state case 25CV49248 through their "attorney on file for the foreclosure process. The Mortgage Law Firm" (*email from Rocket Mortgage Servicing department dated Sept 3, 2024, 7:04am – 25CV49248 Complaint in the form of an Affidavit of Fact*), acting on Rocket Mortgage's behalf since August 13, 2025, for Case BI250723-524. Establishing that Rocket Mortgage LLC had full knowledge since February 07, 2024, and confirmation of receipt of documents via email since May 1, 2024.

YET, by not addressing any of these facts presented in Federal case 6:24-cv-01141-AA, Rocket Mortgage, LLC has acted against the living men and woman claiming ignorance, outside of court, disregarding all respected offices within the status correction package. Laid out in explicit detail in case *25CV49248, Affidavit of Service of Process by Registered Mail filed 09/25/2025*.

Affidavit of Complaint for Wrongful Foreclosure                                                    2

LET THE RECORD SHOW:

1. the Oregon Attorney General letter references that for MUNICIPAL Employees, The Constitution of the Unites States, for Territorial Employees, The Constitution of the United States of America, "Article VI is the Supremacy Clause, no other law, statute, code, or regulation stands above the Constitution owed to me as an American and any contrary law is null and void. Amendment 10, the power remains with the States and the people. Amendment 11, Americans are not subject to any foreign law. Ever! This includes the statutes of the States of States and the codes of the Federal Subcontractors."

   • This absolute truth straight from The Constitution of the United States /(of America) upon which ALL judges swear an oath to uphold is "pseudo-legal gibberish and are largely incomprehensible (*Docket 18 page 3*) ... ECF No. 8, is largely indecipherable." (*Docket 18 page 5 as explained below*) according to Judge Ann Aiken presiding over case 6:24-cv-01141-AA regarding the plaintiff's status correction documents and therefore the claim of trespass, medical harm and loss of life were dismissed without ANY consideration.

2. the MANDATORY NOTICE: Foreign Sovereign Immunities Act "is provided to all Territorial United States District and State and County Courts, their officers, clerks, bailiffs, sheriffs, deputies, and employees and all Municipal Appointees including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES: The vessels doing business as [DBA] Steven Robert Johnson and not limited to …STEVEN R. JOHNSON…are duly claimed by the Holder in Due Course and held under published Common Law Copyright since October 9, 1947…Any harm resulting from trespass upon these vessels or the use of fictitious names…shall be subject to full commercial liability and penalties…" The same document was submitted for plaintiff Alex Robert Harvey©™, wrongfully converted to ALEX ROBERT HARVEY as well as for plaintiff Kathryn Ann Harvey©™, wrongfully converted to KATHYRN ANN HARVEY (later corrected to KATHRYN ANN HARVEY). FSIA enforced by the Supremacy Clause is also binding on all State and Federal Courts.

3. the Cancellation of All Prior Powers of Attorney – cancelled, permanently revoked all prior authorities granted, effective May 06, 2023. This included those granted to Rocket Mortgage, LLC from the 2018 mortgage contract Steven R. Johnson authorized on July 20, 2018.

4. Title 50 – Sole Relief and Remedy; and The Combined Municipal and Territorial Notices of Violation(s) and Failure(s) to Perform: has a private registered indemnity bond within it, in bold, for valid contracts made by the American National, whose sole purpose is to ensure full faith in credit, for the American is NOT a debtor.

5. The Certificate of Assumed Names: establishes the Grantor Trust Estate, set free and clear of all liens, debts, titles held under color of law, tithes, fees, and all other encumbrances established by the United States of America, Inc. and has the protected Estate property address listed as 4545 18th Ave. NE Keizer, Oregon 97303.

6. Declaration of Political Status addresses: Reversionary Trust Interests, 12 USC §95(a), Regulation Z, Lawful Money, the Enabling Clause, before every Act of Congress, and 18 USC §241 and §242.

7. The Notice of Intent – Fee Schedule: self-explanatory on fees set forth against each transgression against the owners of the document.

Yet Rocket Mortgage asserts none of these documents apply to them after received by registered mail with green return receipt, email confirming documents reviewed and added to the account and therefore accepting terms of the documents, and within Affidavit presented in Court. State case 24CV25954 Complaint was created based off the known 2018 contract. At no point, within Federal case 6:24-cv-

01141-AA or any other case, did Rocket Mortgage submit to the Honorable Court a complete 2019 contract for which their claim for lawsuit derived. No documents were submitted: (1) no contract, (2) no security agreement, (3) no consideration, (4) no valid loan attached with signatures by both parties. However, Rocket Mortgage did submit an unknown Deed of Trust with 2 Riders – MERS and VA. The plaintiffs then submitted proof of an unsigned Intent to Proceed with the matching loan number tied to the Deed of Trust submitted by Rocket Mortgage (*Docket 9-7*). Stemming from the fact that Steven Robert Johnson was entertaining a modification to the loan NOT a refinance not in his favor, proving mortgage fraud for the Deed was created without authorization.

The Deed of Trust declared that Quicken Loans, as the lender, created the contract as a refinance not disclosing anything to Steven as instructions on the Deed clearly stated ALL documents were to be returned to Quicken Loans INC. establishing the 2019 contract violated the Truth in Lending Act (TILA), the Real Estate Settlement Procedures Act (RESPA), the Fair Debt Collection Practices Act (FDCPA), and created Fraudulent Misrepresentation as proven in case *25CV49248 Affidavits of Fact filed 09/25/2025 and 10/14/2025.*


The homeowner's insurance is contracted through GEICO, policy number 41554228, in Alex and Kathryn Harvey's names (*6:24-cv-01141-AA Docket 9-4*). Alex and Kathryn were never part of the fraudulent 2019 contract; however, Rocket Mortgage acknowledged and accepted the GEICO contract and the conditions stating Alex and Kathryn were both homeowners to the address 4545 18th Ave NE Keizer, Oregon 97303 when they paid the homeowner's insurance for loan #3421326576 on 06/24/2024. Case *6:24-cv-01141-AA Docket 8-5 and 8-6* status correction documents also proved that they both have first priority interest in the property as Holders in Due Course.


Due to Rocket Mortgage's excessive harassment to enforce their fictitious contract, i.e. calling Kathryn's cell phone between 4-6am to demand payment, calling the house phone saying payment was late when payment had already been sent, calls from AmeriCollect, "a debt collection agency", demanding payment for the debt to Rocket and letters in the physical mail declaring foreclosure as well as Steven's email stating only options available is short sale and to vacate the premises, many times all in the same day. The harassment began at the end of Kathryn's second trimester of pregnancy. *6:24-cv-01141-AA Docket 9-2* entirely consists of Kathryn's medical documents proving that the fetus was safe and healthy growing at the appropriate rate before the harassment. When the fetus' health and lack of growth began to risk Kathryn's health, requiring more monitoring of the mother and testing to ensure the fetus' health, which led Alex and Kathryn to multiple unfamiliar hospitals. One such hospital ultimately led to the premature fetal demise brought on via brain hemorrhage from the ultrasound wand. The baby was fully viable with 25 days left of the pregnancy and all organs were functioning on their own. She would have survived a cesarean-section, instead, Alex and Kathryn had to watch as their baby's heart stopped on the ultrasound monitor as the doctor pressed too hard with the ultrasound wand. The autopsy report for the baby and cord was provided to the court. Steven's medical reports, *Docket 9-3*, proved his rapid deterioration due to the stress that he was hospitalized twice (2x) before case 24CV25954 was created and another three (3x) after the case was transferred to Federal 6:24-cv-01141-AA for cardiac monitoring and accelerated renal failure.

The Judge in case 6:24-cv-01141-AA closed the case in bias: declaring the plaintiffs as citizens under her jurisdiction violating the FSIA Mandatory Notice. She never addressed the fraudulent mortgage, proof of medical harm, counter suit and dismissed the key status correction documents that all courts are bound by as pseudo-legal gibberish. Deflected request for oath of office by name (*Docket 20*) as demand for oath of the court, as well as never proving jurisdiction over the plaintiffs after challenged (*Docket 22*) before issuing her "judgement" (*Docket 23 and 24 on 10/09/2024*). Rocket Mortgage's attorney withdrew representation immediately in State Court case 24CV25954. The Clerk subverted Plaintiff's Void Judgement due to lack of jurisdiction into *Docket 25* – motion for reconsideration. By closing the case by administrative order (*Docket 28, November 22, 2024*), with the plaintiffs retaining possession of the property and leaving the alleged unresolved debt issue to be resolved. Not once addressing the plaintiff's counter claim against Rocket for their violated rights when all three (3) plaintiffs were sued by defendant for the entire ESTATE value of $463,000.00.

Rocket Mortgage used the Oregon Attorney General to request a Foreclosure Mediation on Steven Robert Johnson's©™ behalf omitting the Federal case with Alex Robert Harvey©™ and Kathryn Ann Harvey©™ invested interest in the property. To obtain a certificate of compliance to foreclose on the property through their council, The Mortgage Law Firm, LLC, acting on their behalf before State case 25CV49248. Disregarding the May 06, 2023, established documents including the letter to the Oregon Attorney General, the Cancellation of All Prior Powers of Attorney and the Certificate of Assumed Names – certificate of ownership and common law copyright to the vessel name STEVEN R. JOHNSON, received registered mail February 07, 2024, for Steven Robert Johnson©™. Proving rocket and all representing parties lacked any and all authority in the creation of anything on Steven's behalf, therefore the certificate of compliance was generated under fraudulent conditions making the document void *ab initio.* As such, any sale resulting from the certificate of compliance's issuance would also lack legal standing. Foreclosure auctions must follow strict legal procedures; without this authority the sale is not binding.

Prime Recon LLC, the sister company to The Mortgage Law Firm, LLC, facilitated the sale. Within case 25CV49248: Prime Recon LLC, claimed not to have any knowledge of the multiple legal disputes and that the Trustee of the 2019 contract, First American Title Co., assigned them as trustee to settle the debt through auction due to lack of payment starting March 2025. We, the plaintiffs, contacted First American Title Co. regarding the Trustee Notice of Sale. Their authorized representative cleared their name by submitting proof to plaintiffs that the 2019 contract removed them as trustee upon creation and therefore had absolutely no hand or involvement in the creation or authorization to the trustee sale notice posted on the house and advised the plaintiffs to seek legal counsel. Prime Recon LLC cannot claim ignorance to the facts when their sister company, the Defendant to case 25CV49248, The Mortgage Law Firm, LLC, attempted to enforce a security agreement on a mortgage that was never validated in federal case 6:24-cv-01141-AA. Every correspondence from plaintiffs to Prime Recon LLC, per their instructions, was met with response via the California branch of The Mortgage Law Firm, LLC, located at Prime Recon's exact same address. Minus one (1) letter from The Mortgage Law Firm's representing attorney Nathan Harpham in Portland, Oregon, every single correspondence from the Mortgage Law Firm, LLC has come from their branch in Temecula, California (across state lines).

A mortgage company cannot enforce a security agreement without a valid contract. The Uniform Commercial Code (UCC) requires an authenticated agreement (a.k.a. signed contract) for security interest to be attached and enforced. Rocket Mortgage refused and/or failed to produce the 2019 contract repeatedly to Steven as well as multiple courts. Steven's daughter, Kathryn, found an audited transaction on Steven's online account with Rocket Mortgage. Rocket had wiped all functions and data from his account including any ability to pay, minus all financial transactions regarding the property (for tax purposes) where she found the account began with an audit of the unauthorized contract from 2019 made by Quicken Loans paid out by Rocket Mortgage. This audited contract is a part of the *25CV49248 Complaint in the form of an Affidavit of Fact*.

No representing parties have disputed the plaintiff's accusations once regarding a 2019 contract. Yet within cases 6:24-cv-01141-AA and 25CV49248 there is no valid 2019 mortgage contract, security agreement, consideration, or valid loan with signatures by both parties to match a legally valid Deed of Trust.

All the while, Rocket Mortgage LLC was able to illegally wash the fraudulent, fabricated mortgage, for the 2019 mortgage only appears on Rocket Mortgage LLC's books. As Oregon State Recording Office holds absolutely NO record of Deed of Trust created 05/29/2019 only a November 2023 entry. Plaintiffs have proven that Rocket Mortgage was incapable of presenting a valid contract to the State and Federal Courts, that the Deed of Trust was on no Marion County records (what Rocket submitted to the court was an online digital transaction) and at no point in time, even after asking for a physical copy, as is Steven's right, Rocket NEVER once produced a valid complete contract. Yet, after proving all of these commercial violations and more throughout the court cases, all judges are now listed for denying our Constitutional right to a fair and impartial judge rooted in the due process clause of the 5th Amendment. This constitutes a deprivation of rights under color of law (18 USC §242) and conspiracy against rights (18 USC §241). All acts have been to facilitate Rocket Mortgage's ability to obtain the real property.

LET THE RECORD SHOW: now that the sale of the property at auction occurred on 02/04/2026 from Prime Recon LLC to Rocket Mortgage LLC according to Homes.com when the noted owners, as of 01/06/2026, were Alex and Kathryn Harvey, who never authorized said auction or sale of their property. This matter is no longer a conspiracy but a Joint Criminal Enterprise (JCE) as Rocket Mortgage LLC have achieved their end goal. Even now, the "new owner" or purchaser of the property from Rocket Mortgage LLC, named the Secretary of Veteran Affairs, through their authorizing agent Vendor Resource Management (VRM) are seeking to remove all 6 inhabitants from the house under the guise of a cash for keys (CFK) agreement by 04/19/2026 for a grand total of $3,500.00. Prime Recon sold the real property valued at over $430,000.00 to Rocket Mortgage for the 2019 mortgage at auction for $306,000. Plaintiffs Steven, Alex and Kathryn have never seen a single cent of consideration to the theft of their real property indemnified since May 06, 2023.

A simple complaint began as breach of contract on known 2018 contract and trespass against rights in case 24CV25954. Progressed to mortgage fraud in 6:24-cv-01141-AA, as no valid contract to 2019: loan, Deed of Trust, consideration or security agreement was ever submitted to the Honorable Federal District Court. Due to the Cancellation of All Prior Powers of Attorney, Rocket Mortgage had no authority/ power to act on Steven's behalf to establish the Mediation case with the Oregon Attorney General's Office.

Affidavit of Complaint for Wrongful Foreclosure                                                                    6

Without a legally valid mortgage or Deed of Trust, Rocket Mortgage had no legal authority to enforce a "security agreement" for loan #3421326576 to foreclose on the real property of 4545 18th Ave NE Keizer, Oregon 97303. Establishing the clear fact of Rocket Mortgage's lack of standing expanding across multiple Court Jurisdictions (State, Federal and State Supreme Court) from June 12, 2024, through current ongoing 2026 now classified as property theft.

The claim is to have the property, title and equity returned to the rightful Owners and Holders in Due Course: Steven Robert Johnson©™, Alex Robert Harvey©™ and Kathryn Ann Harvey©™. Having no future involvement with Rocket Mortgage or any and all of their affiliates.

For blatant disregard to the rule of law, loss of life, harassment and false filings: the remedy to be honored by the Notice of Intent – Fee Schedule, that Rocket Mortgage received by registered mail on February 7, 2024 for Steven Robert Johnson©™, and accepted via email confirmation on May 1, 2024; then received through Federal case 6:24-cv-01141-AA for all three (3) plaintiffs and once again in State case 25CV49248 through their "attorney on file for foreclosure", The Mortgage Law Firm LLC: $2 million to each living party affected by Rocket Mortgage's actions.

- For clarity: $2 million to Steven Robert Johnson
- For clarity: $4 million to Kathryn Ann Harvey – for the loss of her unborn baby girl
- For clarity: $3 million to Alex Robert Harvey – for the emotional trauma of watching his daughter die in utero who was fully viable and 25 days left to term.

Totaling $9 million for all of Rocket's fraudulent actions and emotional trauma imposed upon the whole family seeing the baby girl's remains in a box every single day since April 06, 2025, all because a Corporation believes they are above the law.

Under Penalty of Perjury

Dated: March _30_, 2026

By: _Alex Robert Horn_
By: Alex Robert Harvey©™LS, American State National
First Priority Creditor, Authorized Representative, Attorney-in-Fact,
Holder in Due Course, All Rights Reserved, Without Prejudice

By: _Kathryn Ann Harvey_
By: Kathryn Ann Harvey©™LS, American State National
First Priority Creditor, Authorized Representative, Attorney-in-Fact,
Holder in Due Course, All Rights Reserved, Without Prejudice

By: _Steven Robert Johnson_
By: Steven Robert Johnson©™LS, American State National
First Priority Creditor, Authorized Representative, Attorney-in-Fact,
Holder in Due Course, All Rights Reserved, Without Prejudice


Public Notary

Oregon State
Marion / Polk County

I _Rachel Joy Cervantes_ , a Public Notary, on this day _3-30-2026_ the signing of

this Affidavit of Complaint for Wrongful Foreclosure occurred in my presence for the purpose stated.

By: _____Public Notary; my Commission expires

On: _January 24th 2027_
PSL

OFFICIAL STAMP
RACHEL JOY CERVANTES
NOTARY PUBLIC - OREGON
COMMISSION NO. 1032315A
MY COMMISSION EXPIRES JANUARY 24, 2027

Affidavit of Complaint for Wrongful Foreclosure                                          8