IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DBA ALEX ROBERT HARVEY, et al.,

          Plaintiffs,

      v.

ROCKET MORTGAGE LLC,

          Defendant.

Case. No. 6:26-cv-636-MC

JUDGMENT

MCSHANE, Judge:

On July 16, 2026, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. Because the Complaint referenced prior state court actions against the same Defendant, based on the same property at issue here, the Court also ordered Plaintiffs to show cause why this action is not barred by *Rooker-Feldman*. Plaintiffs failed to respond and the time to do so has passed. Based on the record, this case is DISMISSED.

IT IS SO ORDERED.

DATED this 11th day of August, 2026.

                            /s/ Michael McShane
                              Michael McShane
                        United States District Judge

1 – JUDGMENT